THE HONORABLE MARY ALICE THEILER

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RICHARD ALLAN CASE,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>MAGGIE MILLER-STOUT,<br><br>　　　　　Respondent. | NO. C12-0187-MJP-MAT<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR AN EXTENSION OF TIME TO FILE AN ANSWER<br>　　　　　(~~PROPOSED~~) |

The Court, having considered the Respondent's motion for an extension of time, the Declaration of John Samson, and the records and files herein, does hereby find and ORDER:

1. Respondent's motion for an extension of time to May 11, 2012, to file an answer to the habeas corpus petition is GRANTED.

2. The Clerk shall send uncertified copies of this Order to the Petitioner and to counsel for the Respondent.

DATED this <u>13th</u> day of April, 2012.

_Mary Alice Theiler_
Mary Alice Theiler
United States Magistrate Judge

1

2 Presented by:

3 ROBERT M. MCKENNA
Attorney General
4

_s/ John J. Samson_
5 JOHN J. SAMSON, WSBA # 22187
Assistant Attorney General
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26