UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD ALLAN CASE,

    Petitioner,

    v.

MAGGIE MILLER-STOUT,

    Respondent.

CASE NO. C12-0187-MJP-MAT

ORDER RE: PENDING MOTIONS

Petitioner Richard Allan Case proceeds *pro se* in this habeas corpus matter pursuant to 28 U.S.C. § 2254. Petitioner filed a Motion for Evidentiary Hearing (Dkt. 27) and respondent filed a Motion to File Amended Answer (Dkt. 30). Now, having considered the motions, along with the balance of the record, the Court does hereby find and ORDER as follows:

(1)  Respondent seeks to file an Amended Answer due to the discovery that petitioner's petition is not untimely under the applicable statute of limitations. (Dkt. 30). The Amended Answer submitted addresses the merits of petitioner's habeas claims. (*See* Dkt. 31.) The Court finds the request appropriate and GRANTS respondent's motion (Dkt. 30).

ORDER RE: PENDING MOTIONS
PAGE -1

Respondent's Amended Answer is NOTED for consideration on **October 19, 2012**. Petitioner may file and serve a response to the Amended Answer no later than **October 15, 2012**, and respondent may file a reply no later than **October 19, 2012**.

(2) Petitioner requested an evidentiary hearing on the question of whether his habeas petition was timely filed. (*See* Dkt. 27.) Given that respondent now acknowledges the timeliness of petitioner's petition, petitioner's request for an evidentiary hearing on that issue is moot. (*See* Dkt. 29.) Accordingly, petitioner's Motion for Evidentiary Hearing (Dkt. 27) is STRICKEN as moot.

(3) The Clerk shall direct copies of this Order to the parties and to the Honorable Marsha J. Pechman.

DATED this 19th day of September, 2012.

Mary Alice Theiler
United States Magistrate Judge