01

02

03

04

05

06

07                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
08                          AT SEATTLE

09 RICHARD ALLAN CASE,                    )
                                          )   CASE NO. C12-0187-MJP-MAT
10        Petitioner,                     )
                                          )
11        v.                              )
                                          )   ORDER GRANTING MOTION FOR
12 MAGGIE MILLER-STOUT,                   )   EXTENSION OF TIME
                                          )
13        Respondent.                     )
   _____    )

14

15        Petitioner Richard Allan Case proceeds *pro se* in this habeas corpus matter pursuant to

16 28 U.S.C. § 2254.   Petitioner filed a Motion for Relief from Deadline, seeking an extension of

17 time to submit his response to respondent's Amended Answer.   (Dkt. 35.)   Having considered

18 the motion, along with the balance of the record, the Court does hereby find and ORDER as

19 follows:

20        (1)    Petitioner requests an approximately fifteen-day extension of time to submit a

21 response to respondent's Amended Answer due to his recent transfer to segregation and

22 separation from his legal materials.   (Dkt. 35 (seeking extension until "a date around October

ORDER GRANTING EXTENSION OF TIME
PAGE -1

01   30, 2012").)   The Court notes an absence of a response to the motion from respondent, as well

02   as an absence of any indication petitioner served the motion on respondent.  **Petitioner is**

03   **reminded that any document filed with the Court must be accompanied by proof that it**

04   **has been served upon all parties that have entered a notice of appearance in this matter**.

05   In any event, the Court finds the request for a brief extension of time reasonable and appropriate

06   given the circumstances.   Accordingly, respondent's Amended Answer is hereby RENOTED

07   for consideration on **November 2, 2012**.   Petitioner may file and serve a response to the

08   Amended Answer no later than **October 29, 2012**, and respondent may file a reply no later than

09   **November 2, 2012**.

10          (2)      The Clerk shall direct copies of this Order to the parties and to the Honorable

11   Marsha J. Pechman.

12          DATED this 5th day of October, 2012.

13

14                                        _____
                                          Mary Alice Theiler

15                                        United States Magistrate Judge

16

17

18

19

20

21

22

ORDER GRANTING EXTENSION OF TIME
PAGE -2