UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD ALLAN CASE,

    Petitioner,

    v.

MAGGIE MILLER-STOUT,

    Respondent.

CASE NO. C12-0187-MJP-MAT

ORDER GRANTING MOTION FOR EXTENSION OF TIME

Petitioner Richard Allan Case proceeds *pro se* in this habeas corpus matter pursuant to 28 U.S.C. § 2254. Petitioner filed a Motion for Relief from Deadline, seeking an extension of time to submit his response to respondent's Amended Answer. (Dkt. 35.) Having considered the motion, along with the balance of the record, the Court does hereby find and ORDER as follows:

(1)    Petitioner requests an approximately fifteen-day extension of time to submit a response to respondent's Amended Answer due to his recent transfer to segregation and separation from his legal materials. (Dkt. 35 (seeking extension until "a date around October

ORDER GRANTING EXTENSION OF TIME
PAGE -1

30, 2012").)  The Court notes an absence of a response to the motion from respondent, as well as an absence of any indication petitioner served the motion on respondent.  **Petitioner is reminded that any document filed with the Court must be accompanied by proof that it has been served upon all parties that have entered a notice of appearance in this matter**. In any event, the Court finds the request for a brief extension of time reasonable and appropriate given the circumstances.  Accordingly, respondent's Amended Answer is hereby RENOTED for consideration on **November 2, 2012**.  Petitioner may file and serve a response to the Amended Answer no later than **October 29, 2012**, and respondent may file a reply no later than **November 2, 2012**.

(2) The Clerk shall direct copies of this Order to the parties and to the Honorable Marsha J. Pechman.

DATED this 5th day of October, 2012.

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING EXTENSION OF TIME
PAGE -2