UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD ALLAN CASE,<br><br>             Petitioner,<br><br>    v.<br><br>MAGGIE MILLER-STOUT,<br><br>             Respondent. | CASE NO. C12-187 MJP<br><br>ORDER ADOPTING R&R AND DISMISSING CASE |

THIS MATTER comes before the Court on the Report and Recommendation of Magistrate Judge Theiler. (Dkt. No. 73.) Petitioner misunderstood the nature of the Report and Recommendation and prematurely asked to amend the judgment. (Dkt. No. 75.) The Court struck the motion as untimely but extended the deadline for Petitioner to enter Objections to the Report or Recommendation. (Dkt. No. 77.) The new deadline has expired, but Petitioner has failed to enter formal Objections to the Order. Having reviewed the Report and Recommendation and all related papers, the Court agrees with Magistrate Judge Theiler and hereby ADOPTS the Report and Recommendation in full, DENIES the habeas petition without an evidentiary hearing, and DISMISSES the case.

The clerk is ordered to provide copies of this order to all counsel.

Dated this 22nd day of October, 2014.

                Marsha J. Pechman
                Chief United States District Judge

ORDER ADOPTING R&R AND DISMISSING
CASE- 2